# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUNTRUST BANKS INC, | CASE NO. C18-840 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION |
| v. | |
| BE YACHTS, LLC et al., | |
| Defendants. | |

Having reviewed the Parties' Stipulated Motion for Continuance of Noting Date on Defendants' Motion for Partial Summary Judgment (Dkt. No. 28), and finding good cause exists to extend the deadline, the Court hereby GRANTS the Motion. The Motion noting date will be extended from December 6, 2019 to December 20, 2019.

The clerk is ordered to provide copies of this order to all counsel.

Dated December 4, 2019.

Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1