UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNTRUST BANKS INC, <br><br> Plaintiff, <br><br> v. <br><br> BE YACHTS, LLC et al., <br><br> Defendants. | CASE NO. C18-840 MJP <br><br> ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR CONTINUANCE |

This matter comes before the Court on Plaintiff's Ex Parte Motion for Continuance of FRCP 26(a)(2)(d)(ii) Deadline to Provide Rebuttal Expert Disclosures (Dkt. No. 33). The Court will not entertain an ex parte discovery motion. Therefore, IT IS ORDERED that Plaintiff's Motion is DENIED without prejudice to bring a renewed discovery motion, with proper notice to all parties, or file an expedited joint motion pursuant to LCR 37(a)(2).

//

//

//

ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR CONTINUANCE - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated December 19, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge