|   |   |   |
|---|---|---|
|   | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |   |
|   | SUNTRUST BANKS, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>BE YACHTS, LLC, et al.,<br><br>      Defendant. | CASE NO. C18-840 MJP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF FRCP 26(A)(2)(D)(II) DEADLINE TO PROVIDE REBUTTAL EXPERT DISCLOSURES |

This matter comes before the Court on Plaintiff's second Motion for Continuance of FRCP 26(a)(2)(d)(ii) Deadline to Provide Rebuttal Expert Disclosures (Dkt. No. 46). Having reviewed the Motion, the Response (Dkt. No. 47), and the Reply (Dkt. No. 48), the Court DENIES Plaintiff's Motion.

Plaintiff has not made any showing of good cause as to why the deadline to provide rebuttal expert disclosures should be extended, except an emergency of the Plaintiff's own making. Further, Plaintiff has filed this Motion well past the disclosure deadline, which occurred on December 18, 2019. (Dkt. No. 46 at 3.) This delay is not excused by Plaintiff's previous improper ex parte Motion for a Continuance. (Dkt. No. 33.) Nor did Plaintiff meet and confer

with defense counsel prior to making this request, as required by Local Rule 7(j). For these reasons, Plaintiff's Motion is DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 11, 2020.

Marsha J. Pechman
United States District Judge