UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUNTRUST BANKS, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　　　v. <br><br>BE YACHTS, LLC et al., <br><br>　　　　　　　　Defendants. | CASE NO. C18-840 MJP <br><br> ORDER ALLOWING RESPONSE TO PLAINTIFF'S SUPPLEMENTAL DECLARATIONS IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES |

THIS MATTER comes before the Court upon Plaintiff's Motion for Attorneys' Fees (Dkt. No. 69), the Court's Order granting the Motion (Dkt. No. 74), and upon the Supplemental Declarations of R. Isaak Hurst, Daniel A. Armstrong, and Adrienne Whitmore in support of Plaintiff's Motion (Dkt. No. 75, Ex. Nos. 1-2).  Having reviewed the documents and the related record, the Court shall permit Defendants an opportunity to contest individual billing entries or categories of billing entries as listed in Plaintiff's supplemental declarations.  Defendants' motion contesting Plaintiff's billing entries shall be filed no later than **November 6, 2020**.

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated October 27, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ALLOWING RESPONSE TO PLAINTIFF'S SUPPLEMENTAL DECLARATIONS IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES - 2